# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES J. SPIKES, JR.

NO. 2021 KW 1142

**DECEMBER 20, 2021**

---

In Re:     James J. Spikes, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 99-CR5-75460.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT